**Jess JOHNSON v. STATE.**

No. 15721.

Court of Criminal Appeals of Texas.

Nov. 16, 1932.

J. R. Anderson, of San Augustine, and E. J. Conn, of Lufkin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for murder; punishment, thirty years in the penitentiary.

We find in this record an affidavit made by the appellant herein requesting that he be permitted to withdraw his appeal. The request is granted.

The appeal is dismissed.

**Donald NELSON v. STATE.**

No. 15731.

Court of Criminal Appeals of Texas.

Nov. 16, 1932.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for robbery; punishment assessed at forty years in the penitentiary.

Appellant has filed in this court his affidavit requesting the court to dismiss his appeal.

In compliance with such request, an order is entered directing the dismissal of this appeal.

**Ross PATTERSON v. STATE.**

No. 15383.

Court of Criminal Appeals of Texas.

Nov. 16, 1932.

Thomas J. Pitts, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing a narcotic drug; punishment, one year in the penitentiary.

By the terms of chapter 97, Acts of Regular Session, 42d Legislature (Vernon's Ann. P. C. art. 725a), the possession of any narcotic drug is made a felony, which may be punished by confinement in the penitentiary for a period of years, or by the assessment of a fine. Among those things which are narcotics, morphine is enumerated by express provision of the statute. In the case before us, it was shown to the satisfaction of the jury that appellant possessed morphine. We find in the record two bills of exception which appear to have been filed too late for consideration. There are no complaints otherwise.

Finding no error in the record, the judgment will be affirmed.